IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:01-mj-01247-MJW-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

IVAN DARYL BARTLETT,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 13 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER TERMINATING PROBATION
### PRIOR TO ORIGINAL EXPIRATION DATE

---

On February 6, 2006, the probation officer submitted a Petition for Early Termination of Probation in this case. On February 6, 2006, the Court ordered the probation officer to serve the petition on the United States and that the United States respond in writing within 15 days of date of service.

The petition was served on the United States on February 13, 2006. The United States has had the petition for 15 days and has not submitted any objections to the proposed term of probation. Accordingly it is

**ORDERED** that the defendant be discharged from probation and that the proceedings in the case be terminated.

**DATED** at Denver, Colorado, this 10TH day of March, 2006.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge